275 Battery Street, 23rd Floor, San Francisco, CA  94111 ▪ p415 986-2800 ▪ f415 986-2827



Beatrice B. Nguyen
(415) 365-7815
bbnguyen@crowell.com

July 17, 2014

**VIA ECF**

Hon. Lisa Margaret Smith
United States Magistrate Judge
Charles L. Brieant Jr. Courthouse
300 Quarropas Street, Courtroom 520
White Plains, NY 10601-4150

Re:   *IHS Dialysis, Inc. et al. v. DaVita, Inc.*, **12-cv-2468 (ER) (LMS)**

Your Honor:

We write to (1) provide an update on the parties' negotiations regarding discovery issues since we last appeared before the Court on June 6, 2014, and (2) to confirm that the Court can conduct the status conference scheduled for July 21, 2014, telephonically.

Pursuant to the Court's instruction at the June 6 status conference, the parties reached agreement on and stipulated to an Amended Joint Discovery Plan, which the Court entered on June 16, 2014 [Dkt. No. 69].

Thus, because they agree there is no pending discovery dispute, the parties confirm that the Court can conduct the July 21 status conference telephonically.

Respectfully submitted,

*s/ Beatrice B. Nguyen*

Beatrice B. Nguyen

Counsel for *Defendant DaVita HealthCare Partners Inc. f/k/a DaVita Inc.*

NYACTIVE-14117189.2

Hon. Lisa Margaret Smith
July 17, 2014
Page 2

So stipulated:

*s/ Kevin G. Donoghue*

Kevin G. Donoghue
Partner, Garfunkel Wild, PC

Counsel for *Plaintiffs IHS Dialysis, Inc. et al.*

cc (*via email*):  Kevin G. Donoghue, Esq.
Salvatore Puccio, Esq.
Edwin Baum, Esq.
John S. Gibson, Esq.
Doha Mekki, Esq.

NYACTIVE-14117189.2