# GARFUNKEL WILD, P.C.
ATTORNEYS AT LAW

111 GREAT NECK ROAD • GREAT NECK, NEW YORK 11021
TEL (516) 393-2200 • FAX (516) 466-5964
www.garfunkelwild.com

KEVIN G. DONOGHUE
Partner
Email: kdonoghue@garfunkelwild.com
Direct Dial: (516) 393-2535

FILE NO.: 12949.0002

**By ECF and E-mail**　　　　　　　　　　　　　　　　　　　May 22, 2015

The Honorable Lisa Margaret Smith
United States Magistrate Judge, Southern District of New York
300 Quarropas Street, Courtroom 520
White Plains, New York  10601-4150

　　　　Re:　　*IHS Dialysis, Inc. v. DaVita, Inc.,* Docket No. 12-cv-2468 (ER) (LMS)

Dear Judge Smith:

　　　We represent Plaintiffs in the referenced matter.  We write to provide the Court with the agenda for the May 27, 2015 conference.  At the conference, the parties and the Court will be addressing IHS's motion to compel.  Attached as Exhibit A is IHS's letter brief to compel disclosure of documents sought in IHS's First Request for Production and Second Request for Production.  Attached as Exhibit B is Defendant's letter brief in opposition to IHS's motion.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully yours,

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Kevin G. Donoghue*

　　　　　　　　　　　　　　　　　　　　　　　　Kevin G. Donoghue

So stipulated:

*John S. Gibson*

John S. Gibson
Partner, Crowell & Moring LLP

*Counsel for Defendant DaVita HealthCare*
*Partners Inc. f/k/a DaVita Inc.*


　　cc:　　All Parties via ECF

---

NEW YORK　　　　　　　　　　　　　　NEW JERSEY　　　　　　　　　　　　　　CONNECTICUT

3079635v.3