## CONSTANTINE CANNON LLP

**Matthew L. Cantor**
Attorney at Law
212-350-2738
mcantor@constantinecannon.com

NEW YORK | WASHINGTON | LONDON

September 22, 2015

**BY ECF**

The Honorable Lisa Margaret Smith
United States Magistrate Judge
Southern District of New York
300 Quarropas St., Courtroom: 520
White Plains, NY 10601-4150

> Re:    *IHS Dialysis, Inc. v. DaVita, Inc.*, No. 12-cv-2468 (ER) (LMS)

Dear Magistrate Judge Smith:

        We write, on behalf of the parties, to request that the Court adjourn the status conference currently scheduled in this matter for September 24, 2015 to October 23, 2015 at 11:30 a.m.  We understand that the Court has availability for such a conference on October 23.

        Thank you for your continued attention to this matter.

                                        Respectfully submitted,

                                        */s/ Matthew L. Cantor*

                                        Matthew L. Cantor
                                        Counsel for Plaintiffs

So stipulated:


Beatrice B. Nguyen
Crowell & Moring LLP
Counsel for *Defendant DaVita HealthCare
Partners Inc. f/k/a DaVita Inc.*

1" = "1" "337554.1" ""337554.1