UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
IHS DIALYSIS, INC.; IHS DIALYSIS OF : No. 12-cv-2468 (ER) (LMS)
MASSACHUSETTS, LLC; and IHS OF NEW :
YORK, INC., : **STIPULATION OF**
: **VOLUNTARY DISMISSAL**
Plaintiffs, : **WITH PREJUDICE**
v. :
DAVITA, INC., :
:
Defendant. :
-----------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between all Plaintiffs and the Defendant in this action, acting through their undersigned attorneys, that this action shall be, and the same hereby is, dismissed with prejudice as against Defendant DaVita, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), without costs to any party.

Dated: New York, New York
October 9, 2015

By: _____
Matthew L. Cantor
CONSTANTINE CANNON LLP
335 Madison Avenue, 9th Floor
New York, NY 10017
Telephone: (212) 350-2700
Facsimile: (212) 350-2701
Email: mcantor@constantinecannon.com
*Attorneys for Plaintiffs IHS Dialysis, Inc.; IHS of Massachusetts, LLC also known as IHS Dialysis of Massachusetts, LLC; and IHS of New York, Inc.*

By: _____
Edwin M. Baum
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 223-4000
Facsimile: (212) 223-4134
Email: ebaum@crowell.com
*Attorneys for Defendant DaVita HealthCare Partners Inc. f/k/a DaVita Inc.*

-16-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
IHS DIALYSIS, INC.; IHS DIALYSIS OF  :  No. 12-cv-2468 (ER) (LMS)
MASSACHUSETTS, LLC; and IHS OF NEW  :
YORK, INC.,                         :  **STIPULATION OF**
                      Plaintiffs,  :  **VOLUNTARY DISMISSAL**
    v.                             :  **WITH PREJUDICE**
DAVITA, INC.,                       :
                      Defendant.   :
-----------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between all Plaintiffs and the Defendant in this action, acting through their undersigned attorneys, that this action shall be, and the same hereby is, dismissed with prejudice as against Defendant DaVita, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), without costs to any party.

Dated: New York, New York.
      October 9, 2015

By: _____
Matthew L. Cantor
CONSTANTINE CANNON LLP
335 Madison Avenue, 9th Floor
New York, NY 10017
Telephone: (212) 350-2700
Facsimile: (212) 350-2701
Email: mcantor@constantinecannon.com
*Attorneys for Plaintiffs IHS Dialysis, Inc.; IHS of Massachusetts, LLC also known as IHS Dialysis of Massachusetts, LLC; and IHS of New York, Inc.*

By: _____
Edwin M. Baum
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 223-4000
Facsimile: (212) 223-4134
Email: ebaum@crowell.com
*Attorneys for Defendant DaVita HealthCare Partners Inc. f/k/a DaVita Inc.*